UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 5:22-cr-20174<br>Judge: Levy, Judith E.<br>MJ: Grand, David R.<br>Filed: 03-29-2022<br>INDI USA VS SEALED MATTER (DP) |
| v. | VIOLATION:<br>18 U.S.C. § 922(g)(1) |
| TERRIUS ARRINGTON, | |
| Defendant. _____/ | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

On or about December 22, 2020, in the Eastern District of Michigan, defendant TERRIUS ARRINGTON, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock Model 23, .40 S&W caliber semi-automatic pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

1

## FORFEITURE ALLEGATION

## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense charged in Count One of this Indictment, Defendant shall forfeit to the United States any firearm or ammunition involved in said offense, including, but not limited to one Glock, Model 23, .40 S&W caliber semi-automatic pistol, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Benjamin C. Coats*
BENJAMIN C. COATS
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Tara M. Hindelang*
TARA M. HINDELANG
Assistant United States Attorney

*s/ William M. Sloan*
WILLIAM M. SLOAN
Assistant United States Attorney

Dated: March 29, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: TMH |
| ☐ Yes  ☒ No | AUSA's Initials: |

**Case Title:** USA v. Terrius Arrington

**County where offense occurred:** Wayne

**Check One:** ☒ Felony ☐ Misdemeanor ☐ Petty

    ✓ Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [Case number: ____]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 29, 2022
Date

Tara Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9543
Fax: 313-226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.